

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

12-11-2012

# In Re: Grand Jury

Precedential or Non-Precedential: Precedential

Docket No. 12-1697

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"In Re: Grand Jury " (2012). *2012 Decisions.* Paper 5.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/5

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**
_____

No. 12-1697
_____


IN RE: GRAND JURY


JOHN DOE1; JOHN DOE 2; ABC CORPORATION,
Appellants
_____

On Appeal from the United States District Court
For the Eastern District of Pennsylvania
(D.C. Grand Jury Action No. 2-09-gj-00006)
District Judge:  Honorable Harvey Bartle, III
_____


Present:      AMBRO, HARDIMAN, and VANASKIE, <u>Circuit Judges</u>


Respectfully,

Clerk/tmk

_____ **O R D E R** _____

The Precedential Opinion filed May 24, 2012, is hereby VACATED.  Having granted panel rehearing on July 19, 2012, this matter was reconsidered and consolidated for new disposition.  That Precedential Opinion will be filed forthwith.


By the Court,

<u>/s/ Thomas L. Ambro</u>
Circuit Judge

Dated:   December 11, 2012
tmk/cc:
Frank P. Cihlar, Esq.
Gregory V. Davis, Esq.

Samuel R. Lyons, Esq.
Alexander P. Robbins, Esq.
Stephen R. LaCheen, Esq.
Ian M. Comisky, Esq.
Matthew D. Lee, Esq.